IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, | : | |
|     Plaintiff | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 15-37 |
| | : | |
| JEFFREY BADO, | : | |
|     Defendant. | : | |

**ORDER**

AND NOW, this 17th day of January, 2017, upon consideration of Defendant's Motion for Judgment of Acquittal (Dkt No. 210), the government's Response in Opposition (Dkt No. 225), Defendant's Reply in Support (Dkt No. 245), and oral arguments held on November 22, 2016, it is hereby ORDERED that Defendant's Motion for Judgment of Acquittal is DENIED.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.