IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, | : | |
|     Plaintiff | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 15-37 |
| | : | |
| JEFFREY BADO, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 30th day of May, 2017, upon consideration of Defendant's Motion for New Trial (Dkt No. 283), the government's Response in Opposition (Dkt No. 288), and Defendant's Reply in Support (Dkt No. 299), it is hereby **ORDERED** that Defendant's Motion for New Trial is **DENIED**.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.