IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 15-37 |
| JEFFREY BADO, | : | |
| *Defendant/Petitioner*. | : | |

**ORDER**

AND NOW, this 16th day of June, 2021, upon consideration of Petitioner's *Pro Se* Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 (ECF No. 373) and the Government's Response in Opposition thereto (ECF No. 381), it is hereby **ORDERED** as follows:

1. Petitioner's Motion (ECF NO. 373) is **DENIED**; and
2. A Certificate of Appealability will not be issued.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.