Jeffrey Bado
#71927-066
FCI Fort Dix (East)
P.O. Box 38
Joint Base MDL, N.J.
08640-5433

Honorable Darnell Jones
United States District Court
Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Room 2609
Philadelphia, PA
19106-1729

RECEIVED IN CHAMBERS
JUL -8 2022
JONES J.

To Whom This May Concern:

    I am seeking assistance for the appointment of counsel as I am presently indigent. As you are aware, the SCOTUS recently ruled unanimously in Ruan vs. the United States in favor of the defendant regarding "objective" good faith. My case (# 15-CR-0003-001) has elements similar to the SCOTUS ruling. I would like to pursue whatever legal remedy would be most appropriate to follow this ruling. Heretofore all my motions presented to the Court have been "pro se".

    I pray that the Court recognizes my need and will appoint me counsel to proceed.

Thank you,
Jeffry Bado

Bop, Jeffrey
#71937-066
FCI Fort Dix (East)
P.O. Box 38
Joint Base MDL, N.J.
08640-5433

Honorable Darnell Jones
United States District Court
eastern District of Sylvania
James A. Byrne United States Courthouse
601 Market Street
Room 2609
Philadelphia, PA 19106

TRENTON NJ 085
1 JUL 2022 PM 3 L