# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY BADO,** | : | |
| *Petitioner/Defendant*, | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | **NO. 15-0037** |
| **UNITED STATES OF AMERICA,** | : | |
| *Respondent/Plaintiff*. | : | |

## ORDER

**AND NOW**, this 18th day of July, 2022, upon consideration of pro se Petitioner's Letter requesting appointment of counsel (ECF No. 398), it is hereby **ORDERED** that said request is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ C. Darnell Jones, II

C. DARNELL JONES, II     J.